IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM B. DUREN                                                                                          PLAINTIFF

v.                                         CASE NO.  4:06-cv-4067

JEFF BLACK, Miller County Correctional Facility                                           DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

William Duren (Plaintiff) filed this pro se civil rights action under 42 U.S.C. § 1983 on August 17, 2006.  (Doc. 1).  Plaintiff's complaint was filed *in forma pauperis* (IFP) and certified to proceed on September 14, 2006.  (Doc. 5).  The named Defendants were properly served and an answer was filed on December 11, 2006.  (Doc. 11).

The Defendants filed a Motion for Summary Judgment on February 19, 2007.  (Doc. 16).  The Plaintiff was directed to file a response to the Motion for Summary Judgment on or before August 20, 2007.  (Doc. 19).  However, Plaintiff has failed to file a response to the Motion for Summary Judgment.  No mail sent to Plaintiff has been returned as undeliverable, and Plaintiff has not requested an extension of time to respond to the Motion for Summary Judgment.  Plaintiff has not communicated with the Court in any manner.

I therefore recommend this case be dismissed on the grounds Plaintiff has failed to prosecute this action and comply with an order of the court.  **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**IT IS SO ORDERED** this **30th day of August, 2007.**

/s/    Barry A.  Bryant
HON.  BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE