IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM B. DUREN                                                              PLAINTIFF

VS.                                          CASE NO. 04:06-CV-4067

JEFF BLACK, Miller Co.
Correctional Facility                                                        DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed August 30, 2007 by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 21).

Judge Bryant recommends dismissal of Plaintiff William B. Duren's Complaint for failure to

prosecute and failure to comply with an order of this Court.

Plaintiff William B. Duren has not filed objections to the Report and Recommendation, and

his time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report

and Recommendation *in toto*.  This matter is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 18th day of September, 2007.

                                    /s/Harry F. Barnes
                                    Hon. Harry F. Barnes
                                    United States District Judge